UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL KOHLER,

    Plaintiff,

v.                                                        Case No. 15-C-1507

SCHOOL SPECIALTY INC.,

    Defendant.

## ORDER

This case was transferred to this court from the Northern District of Ohio on December 17, 2015. It appears that a motion to dismiss for failure to state a claim is pending. ECF No. 7. Briefing on the motion to dismiss was stayed by the transferor court pending its resolution of the motion to transfer venue. *See* Text-Only Order dated June 23, 2015.

Briefing on the motion to dismiss shall continue as follows: Plaintiff's brief in response shall be filed on or before January 8, 2016, and Defendant's brief in reply shall be filed on or before January 22, 2016.

So ordered this  21st  day of December, 2015.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach, Chief Judge
                                                     United States District Court